On December 30, 1988, this court, by unanimous opinion, remanded this cause with directions for the circuit court to clarify the particular code section under which it transferred certain pending causes against this appellant from juvenile court to both the Circuit Court and the District Court of Morgan County, Alabama.
The appellant contended that other than as to counts I and IV, which were the two felony counts, it was erroneous to transfer the six remaining counts against this appellant from juvenile court to either circuit court or district court.
This court then remanded this cause with directions for a hearing to be conducted and that a return be filed in this court showing the authority under which the cases pending against this appellant were transferred as aforesaid.
On January 19, 1989, the following order was filed in this court as a return to the order of remandment by the Court of Criminal Appeals. This order reads as follows:
 "The State now moves the Juvenile Court of Morgan County to dismiss all counts of the delinquency petition of 1-26-88 (filing date) except counts I and IV. Such motion is granted, and it is ordered that counts II, III, V, VI, VII and VIII of said petition be dismissed, subject, however, to such jurisdiction as the Alabama Court of Criminal Appeals may have obtained by appeal of this court's transfer order thereto and such jurisdiction as the Circuit Court of Morgan County may have obtained by such transfer order. This court respectfully deems the issues to be treated on remand pursuant to the decision of the Court of Criminal Appeals in P.R. v. State, 8 Div. 116, released 12/30/88 to be moot. The Clerk shall certify a copy hereof to the Court of Criminal Appeals and the Circuit Court of Morgan County and mail copies to the District Attorney of this county and counsel for the accused.
David Bibb
Juvenile Judge
Morgan County, Alabama"
In view of the order hereinabove quoted, bearing date of January 15, 1989, the issue sought to be considered by the appellant has now been rendered moot by virtue of the dismissal of the so called "misdemeanor counts", being numbers II, III, V, VI, VII and VIII.
In view of the foregoing, the transfer of counts numbers I and IV from juvenile court to circuit court is herewith affirmed as it appears that the requirements of § 12-15-34(a) have been complied with by the court below. *Page 819 
For the reasons hereinabove stated, this cause is due to be and is, hereby, affirmed.
AFFIRMED.
All the Judges concur.